# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**ROBERT LEONARD,**
**Plaintiff,**

vs.      Case Number: **07-2172**

**EASTERN IL. UNIVERSITY,**
**Defendant.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendant and against the plaintiff.

ENTER this 4th day of May 2009.

s/Pamela E. Robinson, Clerk

PAMELA E. ROBINSON, CLERK

s/K. Wynn
BY: DEPUTY CLERK